AO-442(REV.12/85)
**FILED** FEB 04 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG CIENEGA DEPUTY

FILED January 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

# United States District Court
### Western District Of Texas

UNITED STATES OF AMERICA
V.

Edward Anthoam MARTINEZ-Cermeno
AKA Edward MARTINEZ-Carmeno

**WARRANT FOR ARREST**

CASE NUMBER: DR:25-M-176

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest <u>Edward Anthoam MARTINEZ-Cermeno</u>
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him or her with (brief description)
On or about September 11, 2023, the defendant, Edward Anthoam MARTINEZ-Cermeno, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

**RECEIVED**
JAN 2 1 2025
U.S. MARSHALS W/TX DEL RIO

in violation of Title __8__ United States Code, Section(s) __8 1325(a)(1)__

Joseph Cordova
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __Detain__ by _Joseph A Cordova_

U.S. Magistrate Judge
Title of Issuing Officer

01/21/2025    Del Rio, Texas
Date and Location

Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
**Chicago, IL**

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 1-21-25 | Rosa N Perez, IA, USMS | _[signature]_ |
| Date of Arrest 1-27-25 | | |