# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | |
| | § | Case Number: DR:25-M-00176(1) |
| (1) Edward Anthoam Martinez-Cermeno | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Reginald Van Wade, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED this 27th day of March, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE