UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | DR:25-M-00176 |
| | § | |
| EDWARD ANTHOAM MARTINEZ-CERMENO | § | |

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, EDWARD ANTHOAM MARTINEZ-CERMENO, by and through his undersigned attorney and respectfully moves this Honorable Court to continue this case which is set for Preliminary and Detention Hearings on April 1, 2025, and for good cause, would show unto the Honorable Court the following:

I.

Defense Counsel needs more time to confer with Defendant. For this reason, Defense Counsel requests that this case be continued until 4-4-25.

II.

Defense Counsel respectfully requests that this Honorable Court grant this motion. The Defendant would show this Honorable Court that this Motion for Continuance is not made for purposes of delay, but only so that justice may be done.

Respectfully submitted,

Reginald Van Wade,
Attorney-at-Law
123 Meandering Way
Del Rio, Texas 78840
830-719-3429

By: _____/s/_____
      REGINALD VAN WADE
      STATE BAR NO. 20649980
      ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that, on this the 28th day of March, 2025, I electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the appropriate Assistant U.S. Attorney, in the Del Rio Office of the Federal District Court, Western District of Texas.

_____/s/_____
Reginald Van Wade

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | DR:25-M-00176 |
| | § | |
| EDWARD ANTHOAM MARTINEZ-CERMENO | § | |

## ORDER

On this the _____ day of _____, 2025, came on to be

considered Defendant, EDWARD ANTHOAM MARTINEZ-CERMENO'S Motion for

Continuance, and being fully apprised of the premises, said motion is hereby:

[Granted]                                    [Denied]


_____
HONORABLE JOSEPH A. CORDOVA,
U. S. MAGISTRATE COURT JUDGE