# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:25-M -00176(1) |
| | § | |
| (1) Edward Anthoam Martinez-Cermeno | § | |
| *Defendant* | | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Edward Anthoam Martinez-Cermeno, a hearing was set for April 4, 2025.

Reginald Van Wade was appointed to represent the defendant. On April 4, 2025, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney, and the defendant waiving the hearing and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 4th day of April, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE