UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| United States of America | § | |
| :--- | :--- | :--- |
| | § | |
| vs. | § | Case Number: DR:25-M -00176(1) |
| | § | |
| (1) Edward Anthoam Martinez-Cermeno | § | |

## ORDER SETTING PLEA AND SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA AND SENTENCING** on Tuesday, May 20, 2025 at 10:00 AM, in Courtroom No. 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **11th day of April, 2025.**

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE